11 So.2d 882

### Drew PICKENS v. STATE.
8 Div. 289.

Court of Appeals of Alabama.
Feb. 2, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

17 So.2d 188

### Johnnie PIKE v. STATE.
7 Div. 760.

Court of Appeals of Alabama.
Jan. 18, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

11 So.2d 882

### Chelse PITTS v. STATE.
6 Div. 924.

Court of Appeals of Alabama.
Feb. 2, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

19 So.2d 854

### Ralph W. PITTS v. STATE.
8 Div. 422.

Court of Appeals of Alabama.
Nov. 7, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

19 So.2d 855

### Oscar POUNDERS v. STATE.
8 Div. 429.

Court of Appeals of Alabama.
Nov. 7, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.